**In re: Claude THEUS; In re: Diane Theus, Debtors,**

**Claude Theus; et al., Appellants,**

v.

**Nancy Knupfer, Chapter 7 Trustee; et al., Appellees.**

No. 05–56216.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 14, 2007.

Filed June 28, 2007.

David A. Tilem, Esq., Glendale, CA, for Appellants.

---

Brad Krasnoff, Esq., Scott Lee, Esq., Lewis Brisbois Bisgaard & Smith, LLP, Los Angeles, CA, Michelle McCoy Wolfe, Esq., Law Offices of Reyes & Wolfe, Claremont, CA, for Appellees.

Gary R. Carlin, Carlin & Buchsbaum, Long Beach, CA, pro se.

United States Trustee, Office of the U.S. Trustee, Los Angeles, CA, pro se.

Before: REINHARDT, RYMER, and PAEZ, Circuit Judges.

MEMORANDUM *

Claude and Diane Theus appeal the Bankruptcy Appellate Panel's order dismissing their appeal. Although the Theuses tried, they were unable to obtain a stay of the bankruptcy court's order approving the settlement. As a result, the state court dismissed the employment action. The BAP did not err when it concluded that, given all the circumstances in this case, the Theuses' appeal is moot. *In re Focus Media, Inc.,* 378 F.3d 916, 922–23 (9th Cir.2004) ("Bankruptcy appeals may become moot .... [when] events ... occur that make it impossible for the appellate court to fashion effective relief.")

DISMISSED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.